UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JASON WAYNE MCDIVITT,

    Plaintiff,

v.                                      CASE NO. 3:20cv3773-MCR-MJF

ANDREW M. SAUL,

    Defendant.

_____/

**ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 26, 2021. ECF No. 25. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff shall recover costs in the amount of $421.06, and attorney fees of $7,062.04 for time expended by his counsel in representing him before the United States District Court for the Northern District of Florida. The fee award is subject to an offset to satisfy any disqualifying debt that Plaintiff owes to the United States.

3. If Plaintiff receives all or any portion of the EAJA fee award, Defendant shall mail it to Plaintiff in care of his attorney, Sarah H. Bohr, 2337 Seminole Road, Atlantic Beach, Florida 32233.

**DONE AND ORDERED** this 10th day of June 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**