### UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

JASON WAYNE MCDIVITT,

      Plaintiff,

v.                                       Case No.  3:20-cv-3773-MCR/MJF

KILOLO KAJAKAZI,

      Defendants.

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 31, 2023.  (ECF No. 29).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Petitioner's "Unopposed Petition for Attorney Fees Under 42 U.S.C. § 406(B)," (ECF No. 27) is **GRANTED**.

3.    The Commissioner shall promptly disburse to Petitioner $23,408.46.

**DONE AND ORDERED** this 21st day of April 2023.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**