UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JASON WAYNE MCDIVITT,

    Plaintiff,

v.                                          Case No.  3:20-cv-3773-MCR/MJF

KILOLO KAJAKAZI,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 20, 2023.  (ECF No. 33).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Petitioner's unopposed "Amended Motion for Attorney Fees Under 42 U.S.C. § 406(B)," (ECF No. 32) is **GRANTED**.

      3.      Petitioner's "Motion for Attorney Fees" (ECF No. 30) is **DENIED** as moot.

      4.      The Defendant will promptly disburse to Petitioner $16,187.50.

**DONE AND ORDERED** this 8th day of June 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**